# Exhibit 6

| | |
|---|---|
| **From:** | Brian Hanlin |
| **To:** | Scott, David C. |
| **Cc:** | Michael D. Murphy |
| **Subject:** | [EXT] Tomczak v. USAA: Data fields needed |
| **Date:** | Wednesday, September 21, 2022 2:07:44 PM |
| **Attachments:** | mg_info.txt |

Dave:

Below is the chart summarizing the data we discussed that we will need:

| **Data type needed** | **Field names** |
|---|---|
| **Only data for South Carolina** | Juris_state<br>base_state<br>patient_address_state<br>service_provider_add_state,<br>service_provider_add_state |
| **Amount charged and Amount paid** | Reimbursement<br>new_reimbursement<br>charge |
| **Data identifying the claim** | Claimnumber<br>Doc_ID<br>Timestmp |
| **Data regarding any adjustments** | Proc_who_completed_overrid,<br>Proccessor_who_completed_override<br>annotation<br>reason_code<br>new_reason_code<br>reason_desc<br>new_report<br>EEORorPreset_override<br>claim_adjnum |
| **Data regarding the treatment** | Proc_code<br>diagnosis codes<br>Date_of_loss<br>Date_of_Service<br>Client_Receive_Date<br>Proc_Code_Description |
| **Time spent reviewing** | Some documents have data regarding this. *See*, *e.g.*, Bates 3720 setting forth, inter alai,"comment," all "time stamps," "processor name" and "bindesc." What is needed is the time spent reviewing for adjuster, nurse, and physician. |

| **Othe fields** | EEORorPreset_overide<br>modifier_code<br>PIPAmount<br>MPAmount |
|---|---|



**Brian J. Hanlin**
Attorney
T: 720-571-0624 | F: 720-213-5131 | hanlinb@fdazar.com
14426 East Evans Ave | Aurora, CO 80014 |
https://fdazar.com

Confidentiality Notice: The information contained in this e-mail is privileged and confidential, and it is intended only for the use of the individual or entity named above. If you are not the intended recipient, we request that you do not read/view the enclosed information and you are notified that any disclosure, copying, distribution or electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the message from your computer and any network to which your computer is connected.